IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL D. SMOKOWICZ | : | CIVIL ACTION |
|  | : | NO. 16-5891 |
| v. | : |  |
|  | : |  |
| GRAPHIC PACKAGING | : |  |
| INTERNATIONAL, INC. et al. | : |  |

## **ORDER**

AND NOW, this 27th day of February, 2017, upon consideration of the motion to dismiss plaintiff's complaint by defendant Graphic Packaging International, Inc., Dkt. No. 10, plaintiff's response, Dkt. No. 10, and Graphic Packaging's reply, Dkt. No. 17, and the motion to dismiss by defendant United Steel, Paper, Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Services Workers International Union (USO) AFL-CIO, CLC Local Union # 807, Dkt. No. 15, it is ORDERED that defendants' motions are both GRANTED and plaintiff's complaint is DISMISSED with leave to amend on or before March 13, 2017.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.
