IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL D. SMOKOWICZ

    Plaintiff,

v.

GRAPHIC PACKAGING INTERNATIONAL, INC., et al.,

    Defendants.

CIVIL ACTION
NO. 16-5891

# ORDER

**AND NOW**, this 5th day of June 2018, upon consideration of Defendant Union's Motion for Summary Judgment (Doc. No. 51), Defendant Graphic Packaging International, Inc.'s Motion for Summary Judgment (Doc. No. 52), Plaintiff's Responses in Opposition to the Motions for Summary Judgment (Doc. Nos. 59, 60), Defendant Union's Reply Brief in Support of Its Motion for Summary Judgment (Doc. No. 61), the Reply in Support of Graphic Packaging International Inc.'s Motion for Summary Judgment (Doc. No. 62), and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** that Defendants' Motions for Summary Judgment (Doc. Nos. 51, 52) are **GRANTED**. The Clerk of Court shall close this case for statistical purposes.

                              BY THE COURT:


                              /s/ Joel H. Slomsky
                              JOEL H. SLOMSKY, J.